# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2015

Robert P. Young, Jr.,
Chief Justice

152356 & (73)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TEREES WILLIAMS,
      Plaintiff-Appellant,

v

FANNIE MAE, a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
      Defendant-Appellee.

SC: 152356
COA: 321677
Muskegon CC: 13-049184-CH

_____/

     On order of the Court, the application for leave to appeal the July 16, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2015



Clerk

t1020